# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

ONSTREAM MEDIA CORPORATION,

       Plaintiff,

  v.

       Case No. 6:23-cv-00390

       Jury Trial Demanded

SOFTERMII, INC.,

       Defendant.

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Onstream Media Corporation ("Onstream") files this Complaint against Softermii, Inc. ("Softermii") for patent infringement of United States Patent Nos. 9,161,068; 9,467,728; 10,038,930; 10,200,648; 10,674,109; 10,694,142; 10,848,707; 10,951,855; and 11,128,833 (the "patents-in suit") and alleges as follows:

## NATURE OF THE ACTION

1.  This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 et seq.

## THE PARTIES

2.  Onstream is a corporation organized under laws of the State of Florida with its principal place of business at 1451 W. Cypress Creek Rd., No. 204, Ft. Lauderdale, FL 33309.

3.  On information and belief, Softermii has a place of business at 10828 Fruitland Drive, Studio City, CA 91604.

4.      Softermii may be served with process through its registered agent Viacheslav Vaniukov, located at the Softermii headquarters, 10828 Fruitland Drive, Studio City, CA 91604.

5.      Softermii has a workforce and offices distributed throughout the United States.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

7.      This Court has personal jurisdiction over Softermii in accordance with due process and/or the Texas Long Arm Statue because, because it has committed and continues to commit acts of infringement giving rise to this action in the State of Texas in violation of at least 35 U.S.C. §§ 271(a). In particular, on information and belief, Softermii has made, used, offered to sell and/or sold infringing products, services and/or systems in the State of Texas.

8.      This Court has personal jurisdiction over Softermii for the following reasons: (1) Softermii is present in within or has minimum contacts within the State of Texas and the Western District of Texas; (2) Softermii has purposefully availed itself of the privileges of conducting business in the State of Texas and in this district; (3) Softermii has sought privileges, protections, and benefits from the laws of the State of Texas; and (4) Softermii regularly conducts business within the State of Texas and within this district, and Plaintiff's cause of action arises directly from

Defendant's business contacts and other activities in the State of Texas and in this

district, including deriving substantial revenue from the infringing goods and

services in the State of Texas and this district.

9.     On information and belief, Softermii  owns and operates out of office

located at 107 Brazos St, Austin, TX 78701 and is located within this judicial district.



See e.g., https://www.softermii.com/about-us

10.     On information and belief, Softermii solicits Texas-based customers

for its infringing products and services, including through its performance of

demonstrations of infringing products and services in the State of Texas and in this

Judicial District.

11.     On Information and belief, Softermii indirectly infringes the patents-

in-suit in the State of Texas, including but not limited to within this Judicial District,

including but not limited to its in-person and electronic publishing, distribution,

and propagation of user guides,[1] blog posts,[2] events,[3] and promotional materials[4] to customers located in the State of Texas and this Judicial District.

12.    On information and belief, Softermii provides services to clients and tailors streaming application development to the needs of its clients including specifically with respect to banks, insurance agencies, real estate companies, healthcare providers, educational institutions and startup companies located in the State of Texas.[5]

13.    On information and belief, Softermii, directly or indirectly, designs, develops, manufactures, makes, sells, offers for sale, imports, distributes, advertises, and/or otherwise promotes the accused infringing methods, products, and services in the United States, the State of Texas, and this Judicial District.

14.    On information and belief, the following specifically accused products and services: (1) the VidRTC framework;[6] (2) the Apartmii engine;[7] (3) HIPPAA-Video;[8] (4) the Parta application;[9] (6) the Events10X online platform;[10] (7) Softermii WebRTC development services;[11] (14) current or legacy Softermii products or services, which use, or have used, one or more of the foregoing products and

---

[1] *See* https://softermii.com/support/categories
[2] *See* https://softermii.com/learn
[3] *See* https://softermii.com/events
[4] *See* https://softermii.com/learn/showcase?page=1
[5] *See* https://www.softermii.com/solutions/video-conferencing.
[6] *See* https://www.softermii.com/solutions/vidrtc.
[7] *See* https://www.softermii.com/solutions/apartmii.
[8] *See* https://www.softermii.com/portfolio/hipaa-video.
[9] *See* https://www.softermii.com/portfolio/parta.
[10] *See* https://www.softermii.com/portfolio/event10x.
[11] *See* https://www.softermii.com/services/webrtc-development

services as a component product or component service; (15) combinations of products and/or services comprising two or more of the foregoing products and services; (16) and all other current or legacy products imported, made, used, sold, or offered for sale by Softermii products and services imported, made, used, sold, or offered for sale by Softermii that operate, or have operated in a substantially similar manner as the above-listed products and services, (individually and collectively referred to herein as the "Softermii Video Products and Services"), and the hardware, software, and systems that enable the Softermii Video Products and Services to operate, including but not limited to servers, server software, client software, front-end hardware, endpoint hardware, endpoint software, back-end hardware, encoders, transcoders, cloud-based software, and other hardware and software computer systems and components (collectively and individually referred to herein as the "Softermii System"), infringe at least one claim of each of the patents-in-suit both literally and/or under the doctrine of equivalents.

15.     On information and belief, Softermii (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Softermii Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Softermii System in the United States that infringe (literally and/or under the doctrine of equivalents) one or more claims of each of the patents-in-suit.

16.     This Court has personal jurisdiction over Softermii because Softermii has sufficient minimum contacts with this forum as a result of business conducted

within the State of Texas and this judicial district. In particular, this Court has

personal jurisdiction over Softermii because, inter alia, Softermii, on information

and belief (directly and/or through its subsidiaries, affiliates, or intermediaries),

has substantial, continuous, and systematic business contacts in this judicial district,

and derives substantial revenue from infringing goods and services provided to

individuals in the State of Texas and this Judicial District.



17.    Softermii (directly and/or through its subsidiaries, affiliates, or

intermediaries) has purposefully availed itself of the privileges of conducting

business within the State of Texas and in this Judicial District, has established

sufficient minimum contacts[12] with this Judicial District such that it should

reasonably and fairly anticipate being hauled into court in this Judicial District, has

purposefully directed activities at residents of this judicial district, and at least a

---

[12] *See e.g.,*
https://www.linkedin.com/search/results/people/?currentCompany=%5B%221041676
1%22%5D&geoUrn=%5B%22104472865%22%5D&heroEntityKey=urn%3Ali%3Aorganiz
ation%3A10416761&keywords=softermii&origin=FACETED_SEARCH&position=0&sea
rchId=dc3ea390-88d0-4049-8065-fe6979c8719e&sid=aNy

portion of the patent infringement claims alleged in this Complaint arise out of or are related to one or more of the foregoing activities.

18.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), (d), 1400(b) and the Federal Circuit's decision in *In re Monolithic Power Sys.*, 50 F.4th 157 (Fed. Cir. 2022), at least because Softermii has at least one known employee based out of this division of this judicial district as listed on LinkedIn,[13] and, upon and information and belief, uses these employees' homes to transact its business including performing secretarial services, and storing literature, documents, and products. Softermii has also directly and/or indirectly committed acts of patent infringement in this district.

19.     On information and belief, Softermii (or those acting on its behalf) makes, uses, sells and/or offers to sell the Softermii Video Products and Services in the United States, including but not limited to the State of Texas.

20.     On information and belief, Softermii, as well as the hardware and software components comprising the Softermii Video Products and Services that enable the Softermii Video Products and Services to operate, including but not limited to servers, server software, client software, and other computer systems and components (collectively referred to herein as the "Softermii System"), infringes

---

[13] *See e.g.*,
https://www.linkedin.com/search/results/people/?currentCompany=%5B%221041676
1%22%5D&geoUrn=%5B%22104472865%22%5D&heroEntityKey=urn%3Ali%3Aorganiz
ation%3A10416761&keywords=softermii&origin=FACETED_SEARCH&position=0&sea
rchId=dc3ea390-88d0-4049-8065-fe6979c8719e&sid=aNy

(literally and/or under the doctrine of equivalents) at least one claim of each of the patents-in-suit.

21.    On information and belief, Softermii is subject to the Court's jurisdiction because it regularly markets, conducts, and solicits business, or otherwise engages in other persistent courses of conduct in the State of Texas, and/or derives substantial revenue from the sale and distribution of goods and services provided to individuals and businesses in the State of Texas including with respect to the accused Softermii Video Products and Services.

22.    On information and belief, the accused Softermii Video Products and Services, that Softermii uses, makes, markets, distributes, offers to sell, and sells to consumers throughout the United States, including in the State of Texas, infringe one or more of the claims of the patents-in-suit.

23.    Venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b), at least because Softermii is a Texas corporation and, therefore, resides in this judicial district.

**United States Patent No. 9,161,068**

24.    On October 13, 2015, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 9,161,068 ("the '068 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis. A true and correct copy of the '068 patent is attached as Exhibit 1.

8

25.    The '068 patent is presumed valid under 35 U.S.C. § 282.

26.    Onstream owns all rights, title, and interest in the '068 patent.

27.    Onstream has not granted Softermii an approval, an authorization, or a license to the rights under the '068 patent.

28.    The '068 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

29.    The claimed invention(s) of the '068 patent sought to solve problems with, and improve upon, existing audio and video recording, storage, delivery systems. For example, the '068 patent states:

> Unfortunately, new systems and methods for increasing the capabilities of online business-related communications and transactions often result in increased intellectual complexity and/or increased computer system requirements. This tendency is undesirable because another main avenue for increasing the productively of online business-related communications and transactions is to increase the number of people who are participating in these online business-related transactions.

*See* '068 Specification at col. 1, ll. 31-39.

30.    The '068 patent then states:

> Accordingly, it would be highly valuable if any new systems and methods for increasing the capabilities of online business-related communications and transactions also could be simple enough to help attract new users to the online business market and also not have extensive computer system requirements.

*See* '068 Specification at col. 1, ll. 39-44.

31.    The '068 patent then also states:

> Accordingly, there has been a long existing need for a system that improves the level of communication possible with respect to online business-related transactions. Further, there is a continuing need for an improved system

and/or method that is simple, efficient, and does not have extensive computer system requirements. Accordingly, those skilled in the art have long recognized the need for a system and method that addresses these and other issues.

*See* '068 Specification at col. 1, ll. 45-52.

32.    The invention(s) claimed in the '068 patent solves various technological problems inherent in the then-existing audio and video recording, storage, and delivery systems and enables audio and video recording, storage, and delivery systems to, among other things, (1) function more efficiently, (2) lower the required level of expertise for users of such systems, (3) avoid the need to install and burden front end computer and electronic devices with additional software, (4) reduce or eliminate entirely the need for local memory storage devices and other specialized recording equipment, and (5) reduce or eliminate other hardware and software requirements inherent in prior art audio and video recording and distribution systems.

## United States Patent No. 9,467,728

33.    On October 11, 2016, the USPTO duly and legally issued United States Patent No. 9,467,728 ("the '728 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Ellis. A true and correct copy of the '728 patent is attached as Exhibit 2.

34.    The '728 patent is presumed valid under 35 U.S.C. § 282.

35.    Onstream owns all rights, title, and interest in the '728 patent.

36.    Onstream has not granted Softermii an approval, an authorization or a license to the rights under the '728 patent.

37.    The '728 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

38.    The specification of the '728 patent is the same as the '068 patent specification, and solves the problems recited above and described in the '068 patent specification.

## United States Patent No. 10,038,930

39.    On July 31, 2018 the USPTO duly and legally issued United States Patent No. 10,038,930 ("the '930 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis. A true and correct copy of the '930 patent is attached as Exhibit 3.

40.    The '930 patent is presumed valid under 35 U.S.C. § 282.

41.    Onstream owns all rights, title, and interest in the '930 patent.

42.    Onstream has not granted Softermii an approval, an authorization or a license to the rights under the '930 patent.

43.    The '930 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

44.    The claimed invention(s) of the '930 patent sought to solve problems with, and improve upon, existing audio and video recording, storage, delivery systems. The specification of the '930 patent is the same as the '068 patent specification, and solves the problems recited above and described in the '068 patent specification.

## United States Patent No. 10,200,648

11

45.     On February 5, 2019, the USPTO duly and legally issued United States Patent No. 10,200,648 ("the '648 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis. A true and correct copy of the '648 patent is attached as Exhibit 4.

46.     The '648 patent is presumed valid under 35 U.S.C. § 282.

47.     Onstream owns all rights, title, and interest in the '648 patent.

48.     Onstream has not granted Softermii an approval, an authorization or a license to the rights under the '648 patent.

49.     The '648 patent relates to, among other things, an audio and video stream recording, storage, and delivery system.

50.     The claimed invention(s) of the '648 patent sought to solve problems with, and improve upon, existing audio and video recording, storage, delivery systems. The specification of the '648 patent is the same as the '068 patent specification, and solves the problems recited above and described in the '068 patent specification.

**United States Patent No. 10,674,109**

51.     On June 2, 2020, the USPTO duly and legally issued United States Patent No. 10,674,109 ("the '109 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis. A true and correct copy of the '109 patent is attached as Exhibit 5.

52.     The '109 patent is presumed valid under 35 U.S.C. § 282.

53.     Onstream owns all rights, title, and interest in the '109 patent.

12

54.    Onstream has not granted Softermii an approval, an authorization or a license to the rights under the '109 patent.

55.    The '109 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

56.    The claimed invention(s) of the '109 patent sought to solve problems with, and improve upon, existing audio and video recording, storage, delivery systems. The specification of the '109 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '068 patent specification.

## United States Patent No. 10,694,142

57.    On June 23, 2020, the USPTO duly and legally issued United States Patent No. 10,694,142 ("the '142 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis. A true and correct copy of the '142 patent is attached as Exhibit 6.

58.    The '142 patent is presumed valid under 35 U.S.C. § 282.

59.    Onstream owns all rights, title, and interest in the '142 patent.

60.    Onstream has not granted Softermii an approval, an authorization or a license to the rights under the '142 patent.

61.    The '142 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

62.    The claimed invention(s) of the '142 patent sought to solve problems with, and improve upon, existing audio and video recording, storage, delivery

systems. The specification of the '142 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '068 patent specification.

## United States Patent No. 10,848,707

63.    On November 24, 2020, the USPTO duly and legally issued United States Patent No. 10,848,707 ("the '707 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis. A true and correct copy of the '707 patent is attached as Exhibit 7.

64.    The '707 patent is presumed valid under 35 U.S.C. § 282.

65.    Onstream owns all rights, title, and interest in the '707 patent.

66.    Onstream has not granted Softermii an approval, an authorization or a license to the rights under the '707 patent.

67.    The '707 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

68.    The claimed invention(s) of the '707 patent sought to solve problems with, and improve upon, existing audio and video recording, storage, delivery systems. The specification of the '707 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '068 patent specification.

## United States Patent No. 10,951,855

69.    On March 16, 2021, the USPTO duly and legally issued United States Patent No. 10,951,855 ("the '855 patent") entitled "Remotely Accessed Virtual

Recording Room" to inventor Gregory Duane Ellis. A true and correct copy of the '855 patent is attached as Exhibit 8.

70.    The '855 patent is presumed valid under 35 U.S.C. § 282.

71.    Onstream owns all rights, title, and interest in the '855 patent.

72.    Onstream has not granted Softermii an approval, an authorization or a license to the rights under the '855 patent.

73.    The '855 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

74.    The specification of the '855 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '855 patent specification.

## United States Patent No. 11,128,833

75.    On November 24, 2020, the USPTO duly and legally issued United States Patent No. 11,128,833 ("the '833 patent") entitled "Remotely Accessed Virtual Recording Room" to inventor Gregory Duane Ellis. A true and correct copy of the '833 patent is attached as Exhibit 9.

76.    The '833 patent is presumed valid under 35 U.S.C. § 282.

77.    Onstream owns all rights, title, and interest in the '833 patent.

78.    Onstream has not granted Softermii an approval, an authorization or a license to the rights under the '833 patent.

79.    The '833 patent relates to, among other things, an audio and video stream recording, storage and delivery system.

80.     The claimed invention(s) of the '833 patent sought to solve problems with, and improve upon, existing audio and video recording, storage, delivery systems. The specification of the '833 patent is the same as the '068 patent specification, and addresses and solves the problems recited above and described in the '068 patent specification.

## CLAIMS FOR RELIEF

### Count I – Infringement of United States Patent No. 9,161,068

81.     Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

82.     On information and belief, Softermii (or those acting on its behalf) makes, uses, sells and/or offers to sell the Softermii Video Products and Services in the United States. Softermii, as well as the Softermii System, infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '068 patent.

83.     On information and belief, Softermii and the Softermii System employs and provides a method that records audio and video material over an Internet browser connection established between a user front end and a host back end.

# We'll help you implement custom video conferencing software solution:



### Live Broadcasting Apps

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

**What features should be in online video conferencing software?**

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

**Find out more about our video streaming software development**

*See e.g.* https://www.softermii.com/solutions/vidrtc.

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

**Secure connectivity**

High level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate.

*See e.g.* https://www.softermii.com/services/webrtc-development.

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

*See e.g.,* https://www.softermii.com/solutions/video-conferencing.

84. On information and belief, the Softermii System, can either be accessed through an Internet browser on a desktop computer or a mobile device.

**Easy integration and setup**

WebRTC allows you to implement any interface based on HTML5 and JavaScript easily. The protocol is an open-source project, so it can be quickly embedded in your product or service. Moreover, WebRTC is cross-platform: the application will work well on any operating system, desktop or mobile.

*See e.g.* https://www.softermii.com/services/webrtc-development.



**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

*See e.g.* https://www.softermii.com/solutions/vidrtc



*See e.g.,* https://www.softermii.com/services/webrtc-development

85.    On information and belief, when a user wants to begin streaming

using the Softermii Video Products and Services, servers of the Softermii System

deliver a code, which can be executed by a browser.



*See e.g.* https://www.softermii.com/solutions/vidrtc.

# We ensured VidRTC to have the highest level of security.

All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.
We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.
All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

86.    On information and belief, the Softermii System delivers a code that enables the streaming of audio and video material.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.

**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

**Create several rooms**

All rooms are easy to manage and can be handled by a single person simultaneously.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

## We ensured VidRTC to have the highest level of security.

All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.

We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.

All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

When developing video conferencing software, it includes features such as streaming, video and audio recording, media sharing, screen sharing, group chats and collaborative note-taking. These are the basic features, depending on the needs of the business, this list can be longer.

Live streaming takes a filming device's data and transfers it to the server with WebRTC technology. This data can also include the data from your screen and audio outputs.

*See e.g.,* https://www.softermii.com/solutions/video-conferencing.

## Private conversations

Attendees can share their opinions or discuss business cases via private rooms. They can communicate by using video conferencing or exchange text messages.

*See e.g.* https://www.softermii.com/portfolio/event10x.

87.    On information and belief, the Softermii System delivers a browser executable-code that is a browser independent recording application that initiates the audio and video stream to be recorded.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.



**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.



**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

# We ensured VidRTC to have the highest level of security.

All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.
We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.
All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

*See e.g.,* https://www.softermii.com/solutions/video-conferencing

88.    On information and belief, the Softermii System delivers a code that is executed though a browser at the user front end.

 # VidRTC - ready to implement engine

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

## The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.

WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.

In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

89.    On information and belief, the Softermii System uses an Internet connection.



# VidRTC - ready to implement engine

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.

WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.

In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

90.    The Softermii System employs and provides a method wherein audio and video material is streamed over the Internet as the audio and video material is

captured by a recording device.

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.

*See e.g.* https://www.softermii.com/services/web.



## Entertainment

Video chats, streaming, and social networking.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

  

**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.

**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

# Find out more about our video streaming software development

*See e.g.* https://www.softermii.com/solutions/vidrtc

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

*See e.g.,* https://www.softermii.com/solutions/video-conferencing

91.    On information and belief, the Softermii System uses and provides a method wherein audio and video material is captured without using any recording software installed on the user front end.



# VidRTC - ready to implement engine

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.



**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.



**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

# The potential of the online conference

The demand for online communication is rising. According to Transparency Market Research's industry analysis, more and more companies are switching to online video conferencing. It's used as a communication tool for their clients, branches, and employees.

The recent success of Zoom, Tiktok, and Clubhouse has proven that audio/video conferencing and business connectivity are here to stay. It has taken the market by storm and this new source of scalability should be one to consider.

Therefore, web and video conferencing software development makes sense, especially for small businesses and enterprises.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.



*See e.g.* https://www.softermii.com/about-us.

92.     On information and belief, the Softermii System uses and provides a method that does not require transmission of a complete audio and video file from the user front end. Rather, on information and belief, a stream of audio and video material is transmitted to the servers of the Softermii System as the audio and video material is being captured.



*See e.g.* https://www.softermii.com/solutions/vidrtc.

## Seamless connectivity

Enjoy high quality video calls and broadcasts. With the use of media servers, forget lags and freezes.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

# How does it work?

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

*See e.g.* https://www.softermii.com/portfolio/event10x.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.



*See e.g.* https://www.softermii.com/services/webrtc-development.

93.    On information and belief, Softermii uses and provides a method wherein the audio and video recordings are made and stored on the host back end as a complete file.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.

> # We ensured VidRTC to have the highest level of security.
>
> All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.
> We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.
> All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc.



# Bringing Offline Event Experience into Online

Hybrid and virtual events platform. Easy setup allows holding conferences, lectures, and webinars seamlessly. Available online from any device, any time, anywhere.

*See e.g.* https://www.softermii.com/portfolio/event10x.



*See e.g.* https://www.softermii.com/solutions/video-conferencing



*See e.g.,* https://www.softermii.com/services/webrtc-development

94.    On information and belief, Softermii uses and provides a method

wherein after the recording of audio and video material is complete, Softermii

provides access to the entire audio and video recording.



*See e.g.* https://www.softermii.com/portfolio/event10x.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

95.    On information and belief, Softermii directly infringes at least claim 1

of the '068 patent, and is in violation of 35 U.S.C. § 271(a) by using and providing Softermii.

96.    Softermii's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

### Count II – Infringement of United States Patent No. 9,467,728

97.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

98.    On information and belief, Softermii (or those acting on its behalf) makes, uses, sells and/or offers to sell the Softermii Video Products and Services in the United States. Softermii, as well as the Softermii System, infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '728 patent.

99.    On information and belief, Softermii employs and provides an Internet based method that records audio and video material over an Internet browser connection established between a user front end and a host back end.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.

WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.

In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/



*See e.g.,* https://www.softermii.com/services/webrtc-development

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

# We'll help you implement custom video conferencing software solution:



### Live Broadcasting Apps

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

> **What features should be in online video conferencing software?**

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

> **Find out more about our video streaming software development**

*See e.g.* https://www.softermii.com/solutions/vidrtc.

> WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.
>
> The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.
>
> WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

**Secure connectivity**

High level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate.

*See e.g.* https://www.softermii.com/services/webrtc-development.

100.    On information and belief, the Softermii System, including particularly and without limitation the servers of the Softermii System, transmit via a network a platform independent web application, which initiates the streaming of audio and video material from a user's device as the audio and video material is being captured by that device.

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

*See e.g.,* https://www.softermii.com/services/webrtc-development

**Easy integration and setup**

WebRTC allows you to implement any interface based on HTML5 and JavaScript easily. The protocol is an open-source project, so it can be quickly embedded in your product or service. Moreover, WebRTC is cross-platform: the application will work well on any operating system, desktop or mobile.

*See e.g.* https://www.softermii.com/services/webrtc-development.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.

101. On information and belief, the Softermii System records audio and video material on the Softermii System's servers via a web application and stores that audio and video material as a complete file.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

**Easy integration and setup**

WebRTC allows you to implement any interface based on HTML5 and JavaScript easily. The protocol is an open-source project, so it can be quickly embedded in your product or service. Moreover, WebRTC is cross-platform: the application will work well on any operating system, desktop or mobile.

*See e.g.* https://www.softermii.com/services/webrtc-development.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.

**We ensured VidRTC to have the highest level of security.**

All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.
We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.
All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc.



*See e.g.* https://www.softermii.com/portfolio/event10x.



*See e.g.,* https://www.softermii.com/services/webrtc-development

> WebRTC allows you to implement any interface based on HTML5 and JavaScript easily. The protocol is an open-source project, so it can be quickly embedded in your product or service. Moreover, WebRTC is cross-platform: the application will work well on any operating system, desktop or mobile.

*See e.g.,* https://www.softermii.com/services/webrtc-development

> Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

*See e.g.,* https://www.softermii.com/solutions/video-conferencing

102.    On information and belief, the Softermii System generates one or more codes including but not limited to Universal Resource Locator (URL) and Hyper Text Mark-Up Language (HTML) codes, which are associated with the recorded and stored audio and video, to facilitate accessing the recorded and stored audio and video material from an additional location, such as a location from which another user of the Softermii Video Products and Services is accessing the recorded and stored audio and video material.

*See e.g.* https://www.softermii.com/services/webrtc-development.



*See e.g.* https://www.softermii.com/portfolio/event10x.



## Live Video Conferencing

Manage webinars, conferences, and business meetings with custom video conferencing solutions that can be adapted to your needs.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

I was looking into your services and wanted some clarification on what streaming/recording capabilities are available through VidRTC and Event10x for a web application. Is there functionality that would allow me to share a link to a meeting or seminar that has already been streamed to one of my colleagues so they can watch it later?

VidRTC doesn't offer recording or sending links to recorded streams out of the box because our clients required recording functionality to work in a different way for each case according to their business requirements. This is what we did for Events10x - the project has both of the abovementioned features that were custom created by our team on top of VidRTC.

We can also further discuss its functionality and options for customization on a meeting with our team members. If that makes sense - feel free to pick up a time on our calendar at https://meetings.hubspot.com/max-lisovenko, or let me know if there are any other questions we'd have to address before we talk.

Best regards,
--



**Pavel Melnichenko**
Partnerships Manager, Softermii

skype: p.melnychenko
tel.: +1 (424) 533-5520
email: pavel.m@softermii.com
web: https://www.softermii.com/

*See e.g.* Email communications with Softermii services and information representative.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.



**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.



**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

103.    On information and belief, the content of the one or more codes generated

by the Softermii System depends on the type of code supported by the additional location. On information and belief, the content of the one or more codes generated by the Softermii system depends on, among other things, the data transfer protocols that are supported by the client and/or device from which another user of the Softermii Video Products and Services is accessing the audio and video material.

104.    On information and belief, Softermii enables the copying and pasting of codes associated with the recorded and stored audio and video material, including but not limited to URL and HTML codes, to additional locations, wherein the activation of such a code provides access to the recorded audio and video from additional locations.



*See e.g.* https://www.softermii.com/portfolio/event10x.



## Live Video Conferencing

Manage webinars, conferences, and business meetings with custom video conferencing solutions that can be adapted to your needs.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

I was looking into your services and wanted some clarification on what streaming/recording capabilities are available through VidRTC and Event10x for a web application. Is there functionality that would allow me to share a link to a meeting or seminar that has already been streamed to one of my colleagues so they can watch it later?

VidRTC doesn't offer recording or sending links to recorded streams out of the box because our clients required recording functionality to work in a different way for each case according to their business requirements. This is what we did for Events10x - the project has both of the abovementioned features that were custom created by our team on top of VidRTC.

We can also further discuss its functionality and options for customization on a meeting with our team members. If that makes sense - feel free to pick up a time on our calendar at https://meetings.hubspot.com/max-lisovenko, or let me know if there are any other questions we'd have to address before we talk.

Best regards,
--



**Pavel Melnichenko**
Partnerships Manager, Softermii

skype: p.melnychenko
tel.: +1 (424) 533-5520
email: pavel.m@softermii.com
web: https://www.softermii.com/

*See e.g.* Email communications with Softermii services and information representative.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.



**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.



**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

105.    On information and belief, Softermii directly infringes at least claim 1

of the '728 patent, and is in violation of 35 U.S.C. § 271(a) by using and providing the Softermii Video Products and Services.

106.    Softermii's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

### Count III – Infringement of United States Patent No. 10,038,930

107.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

108.    On information and belief, Softermii (or those acting on its behalf) makes, uses, sells and/or offers to sell the Softermii Video Products and Services in the United States. Softermii, as well as the Softermii System, infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '930 patent.

109.    On information and belief, Softermii employs and provides a method that transmits via a network a browser-independent recording application from the servers of the Softermii System to the devices used by the users of the Softermii Video Products and Services.

**Easy integration and setup**

WebRTC allows you to implement any interface based on HTML5 and JavaScript easily. The protocol is an open-source project, so it can be quickly embedded in your product or service. Moreover, WebRTC is cross-platform: the application will work well on any operating system, desktop or mobile.

*See e.g.* https://www.softermii.com/services/webrtc-development.

# How does it work?

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

*See e.g.* https://www.softermii.com/portfolio/event10x.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.



*See e.g.,* https://www.softermii.com/services/webrtc-development

110.    On information and belief, the servers of the Softermii System receive

a media stream from the client devices used by the users of the Softermii Video

Products and Services.

## VidRTC - ready to implement engine

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.

When developing video conferencing software, it includes features such as streaming, video and audio recording, media sharing, screen sharing, group chats and collaborative note-taking. These are the basic features, depending on the needs of the business, this list can be longer.

Live streaming takes a filming device's data and transfers it to the server with WebRTC technology. This data can also include the data from your screen and audio outputs.

*See e.g.,* https://www.softermii.com/solutions/video-conferencing

111.    On information and belief, the media streams that are transmitted to the servers of the Softermii System are captured by the Softermii's browser-independent recording applications, which execute in a browser.



# VidRTC - ready to implement engine

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.



*See e.g.,* https://www.softermii.com/services/webrtc-development

**Easy integration and setup**

WebRTC allows you to implement any interface based on HTML5 and JavaScript easily. The protocol is an open-source project, so it can be quickly embedded in your product or service. Moreover, WebRTC is cross-platform: the application will work well on any operating system, desktop or mobile.

*See e.g.* https://www.softermii.com/services/webrtc-development.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.



## Entertainment

Video chats, streaming, and social networking.

*See e.g.* https://www.softermii.com/solutions/vidrtc.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.

**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.



**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

112.    On information and belief, Softermii does not require the installation of record management software to be installed on the devices used by their users to access Softermii Video Products and Services.

# How does it work?

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

*See e.g.* https://www.softermii.com/portfolio/event10x.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.



**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.



**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

> # The VidRTC engine offers several connectivity methods for groups of different sizes.
>
> A small group with a maximum of four users will be linked together with peer-to-peer connection — while larger groups with a minimum of five users will be connected with a media server. The more people that you need in your conference, the more media servers that you will need.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

113. On information and belief, the media streams generated by the users of the Softermii Video Products and Services are recorded on the servers of the Softermii System using a browser-independent recording application.

> # The VidRTC engine offers several connectivity methods for groups of different sizes.
>
> A small group with a maximum of four users will be linked together with peer-to-peer connection — while larger groups with a minimum of five users will be connected with a media server. The more people that you need in your conference, the more media servers that you will need.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

**Easy integration and setup**

WebRTC allows you to implement any interface based on HTML5 and JavaScript easily. The protocol is an open-source project, so it can be quickly embedded in your product or service. Moreover, WebRTC is cross-platform: the application will work well on any operating system, desktop or mobile.

*See e.g.* https://www.softermii.com/services/webrtc-development.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.



*See e.g.,* https://www.softermii.com/services/webrtc-development

114.    On information and belief, Softermii directly infringes at least claim 1 of the '930 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling and offering to sell the Softermii Video Products and Services.

115.    Softermii's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

### Count IV – Infringement of United States Patent No. 10,200,648

116.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

117.    On information and belief, Softermii (or those acting on its behalf) makes, uses, sells and/or offers to sell the Softermii Video Products and Services in the United States. Softermii, as well as the Softermii System, infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '648 patent.

118.    On information and belief, Softermii employs and provides an Internet based recording method that performs its audio and video recording functions over an Internet browser connection established between a user front end and a host back end:



**VidRTC - ready to implement engine**

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.

WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.

In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

# We'll help you implement custom video conferencing software solution:



### Live Broadcasting Apps

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

> **What features should be in online video conferencing software?**

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

> # Find out more about our **video streaming** software development

*See e.g.* https://www.softermii.com/solutions/vidrtc.



*See e.g.,* https://www.softermii.com/services/webrtc-development

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

**Secure connectivity**

High level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate.

*See e.g.* https://www.softermii.com/services/webrtc-development.

119. On information and belief, Softermii records audio and video material that is created by a user over an Internet browser connection, without requiring recording functionality to be present in the user's device.

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

*See e.g.* https://www.softermii.com/services/webrtc-development.

## The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.

WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.

In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.



Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.

120.    On information and belief, Softermii stores audio and video material

on Softermii's servers.



Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.



*See e.g.,* https://www.softermii.com/services/webrtc-development

121.    On information and belief, Softermii Video Products and Services generate one or more codes, including but not limited to URL and HTML codes, associated with the recorded and stored audio and video, to facilitate accessing the recorded and stored audio and video material.

## Easy integration and setup

WebRTC allows you to implement any interface based on HTML5 and JavaScript easily. The protocol is an open-source project, so it can be quickly embedded in your product or service. Moreover, WebRTC is cross-platform: the application will work well on any operating system, desktop or mobile.

*See e.g.* https://www.softermii.com/services/webrtc-development.

I was looking into your services and wanted some clarification on what streaming/recording capabilities are available through VidRTC and Event10x for a web application. Is there functionality that would allow me to share a link to a meeting or seminar that has already been streamed to one of my colleagues so they can watch it later?

VidRTC doesn't offer recording or sending links to recorded streams out of the box because our clients required recording functionality to work in a different way for each case according to their business requirements. This is what we did for Events10x - the project has both of the abovementioned features that were custom created by our team on top of VidRTC.

We can also further discuss its functionality and options for customization on a meeting with our team members. If that makes sense - feel free to pick up a time on our calendar at https://meetings.hubspot.com/max-lisovenko, or let me know if there are any other questions we'd have to address before we talk.

Best regards,
--



**Pavel Melnichenko**
Partnerships Manager, Softermii

skype: p.melnychenko
tel.: +1 (424) 533-5520
email: pavel.m@softermii.com
web: https://www.softermii.com/

*See e.g.* Email communications with Softermii services and information representative.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.



**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

# Bringing Offline Event Experience into Online

Hybrid and virtual events platform. Easy setup allows holding conferences, lectures, and webinars seamlessly. Available online from any device, any time, anywhere.

*See e.g.* https://www.softermii.com/portfolio/event10x.

122.    On information and belief, the Softermii system enables the copying and pasting of code, including but not limited to URL and HTML codes, to additional locations, wherein the activation of such a code provides access to the recorded audio and video from additional locations.

> ## Easy integration and setup
>
> WebRTC allows you to implement any interface based on HTML5 and JavaScript easily. The protocol is an open-source project, so it can be quickly embedded in your product or service. Moreover, WebRTC is cross-platform: the application will work well on any operating system, desktop or mobile.

*See e.g.* https://www.softermii.com/services/webrtc-development.

> I was looking into your services and wanted some clarification on what streaming/recording capabilities are available through VidRTC and Event10x for a web application. Is there functionality that would allow me to share a link to a meeting or seminar that has already been streamed to one of my colleagues so they can watch it later?

> VidRTC doesn't offer recording or sending links to recorded streams out of the box because our clients required recording functionality to work in a different way for each case according to their business requirements. This is what we did for Events10x - the project has both of the abovementioned features that were custom created by our team on top of VidRTC.
>
> We can also further discuss its functionality and options for customization on a meeting with our team members. If that makes sense - feel free to pick up a time on our calendar at https://meetings.hubspot.com/max-lisovenko, or let me know if there are any other questions we'd have to talk before we talk.
>
> Best regards,
> --
>
> 
>
> **Pavel Melnichenko**
> Partnerships Manager, Softermii
>
> skype: p.melnychenko
> tel.: +1 (424) 533-5520
> email: pavel.m@softermii.com
> web: https://www.softermii.com/

*See e.g.* Email communications with Softermii services and information representative.



**WebRTC-Based Engine**

WebRTC transfers and streams
audio, video, and content between
browsers in real-time.



**Broadcast from any source**

VidRTC works on mobile and web.
Connect a data source, like camera
and microphone, and start
broadcasting.

**VOD Streaming**

Allow users to get the videos on
demand. Secure high loads of users
with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

# Bringing Offline Event Experience into Online

Hybrid and virtual events platform. Easy setup allows
holding conferences, lectures, and webinars seamlessly.
Available online from any device, any time, anywhere.

*See e.g.* https://www.softermii.com/portfolio/event10x.

123.    On information and belief, Softermii directly infringes at least claims 1
of the '648 patent, and is in violation of 35 U.S.C. § 271(a) by using and providing
Softermii Video Products and Services.

124.    Softermii's direct infringement has damaged Onstream and caused it
to suffer and continue to suffer irreparable harm and damages.

**Count V – Infringement of United States Patent No. 10,674,109**

125.   Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

126.   On information and belief, Softermii (or those acting on its behalf) makes, uses, sells and/or offers to sell the Softermii Video Products and Services in the United States. Softermii, as well as the Softermii System, infringes (literally and/or under the doctrine of equivalents) at least claim 1 of the '109 patent.

127.   On information and belief, Softermii employs and provides a method comprising the step of transmitting, via a network, a browser-independent recording application from a server of the Softermii System to a client device used by a user of one or more of the Softermii Video Products and Services, the application executing in a browser on the client device.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

> The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.
>
> WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.
>
> In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

# We'll help you implement custom video conferencing software solution:



### Live Broadcasting Apps

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

**What features should be in online video conferencing software?**

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

**Find out more about our video streaming software development**

*See e.g.* https://www.softermii.com/solutions/vidrtc.

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

### Secure connectivity

High level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate.

*See e.g.* https://www.softermii.com/services/webrtc-development.

**Easy integration and setup**

WebRTC allows you to implement any interface based on HTML5 and JavaScript easily. The protocol is an open-source project, so it can be quickly embedded in your product or service. Moreover, WebRTC is cross-platform: the application will work well on any operating system, desktop or mobile.

*See e.g.* https://www.softermii.com/services/webrtc-development.

128.    On information and belief, the Softermii system delivers a code that is executed though a browser at the user front end.

**What features should be in online video conferencing software?**

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

**Find out more about our video streaming software development**

*See e.g.* https://www.softermii.com/solutions/vidrtc.

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

**Secure connectivity**

High level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate.

*See e.g.* https://www.softermii.com/services/webrtc-development.

129.    On information and belief, Softermii employs and provides a method comprising the step of receiving, at a server of the Softermii System, a media stream from a client device used by a user of the Softermii Video Products and Services via a network, wherein the media stream is captured via a browser-independent recording application executing in a browser without using recording management software installed on the client device.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

## Find out more about our video streaming software development

*See e.g.* https://www.softermii.com/solutions/vidrtc.

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

## Secure connectivity

High level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate.

*See e.g.* https://www.softermii.com/services/webrtc-development.

130.    On information and belief, Softermii employs and provides a method comprising the step of recording the media stream on a server of the Softermii System using a browser-independent recording application.

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

*See e.g.,* https://www.softermii.com/solutions/video-conferencing



# VidRTC - ready to implement engine

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

> VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.

> WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.
>
> The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.
>
> WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

> ## Secure connectivity
>
> High level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate.

*See e.g.* https://www.softermii.com/services/webrtc-development.

131.    On information and belief, Softermii directly infringes at least claim 1 of the '109 patent, and is in violation of 35 U.S.C. § 271(a) by using and providing

the Softermii System.

132.    Softermii's direct infringement has damaged Onstream and caused it
to suffer and continue to suffer irreparable harm and damages as a result of
Softermii's infringement.

### Count VI – Infringement of United States Patent No. 10,694,142

133.    Onstream repeats, realleges, and incorporates by reference, as if fully
set forth here, the allegations of the preceding paragraphs above.

134.    On information and belief, Softermii (or those acting on its behalf)
makes, uses, sells and/or offers to sell the Softermii Video Products and Services in
the United States.

135.    Softermii, as well as the Softermii System, infringe (literally and/or
under the doctrine of equivalents) at least claim 1 of the '142 patent.

136.    On information and belief, the Softermii System employs and
provides a method that records audio and video material over an Internet
connection established between a user front end and a host back end.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.

WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.

In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

# We'll help you implement custom video conferencing software solution:



### Live Broadcasting Apps

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

**What features should be in online video conferencing software?**

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

## Find out more about our video streaming software development

*See e.g.* https://www.softermii.com/solutions/vidrtc.

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

## Secure connectivity

High level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate.

*See e.g.* https://www.softermii.com/services/webrtc-development.

137.    On information and belief, the Softermii system, can either be accessed through an Internet browser on a desktop computer or a mobile device.



*See e.g.* https://www.softermii.com/solutions/vidrtc



*See e.g.,* https://www.softermii.com/services/webrtc-development

138.    On information and belief, Softermii employs and provides a method

wherein when a user wants to begin recording using the Softermii Video Products and

Services, in response to a user interaction a server of the Softermii System delivers a first

code over an internet connection each time recording of audio and video material is

sought to be initiated.



*See e.g.* https://www.softermii.com/solutions/vidrtc.



*See e.g.* https://www.softermii.com/solutions/vidrtc.

139.    On information and belief, the Softermii System employs and

provides a method wherein when a user wants to begin recording using the Softermii Video Products and Services, in response to a user interaction a server of the Softermii System delivers a first code configured to be executed at the user's computing device and to initiate the streaming of audio and video material as it is being captured by one or more capturing devices connected to the user's computing device to a server of the Softermii System, wherein said first code is not installed on the user's computing device.



**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.



*See e.g.* https://www.softermii.com/solutions/vidrtc.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

## What is WebRTC?

WebRTC stands for Web Real-Time Communication and is an open-source tool that allows two or more people to transmit audio or video calls via the Internet.

Since its release by Google in May 2011, WebRTC has become one of the go-to standards for live conferencing app development as it can be integrated into any browser without needing standalone app downloads. It's recognized by all major web browsers and enables peer-to-peer communication options for anyone with a stable internet connection.

*See e.g.* https://www.softermii.com/services/webrtc-development.

140.    On information and belief, the Softermii System employs and provides a method comprising the streaming the audio and video material, as it is being captured by one or more capturing devices attached to the user's computing device, from the user's computing device to one or more servers of the Softermii System.



**VidRTC - ready to implement engine**

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

> VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.



**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

**What is WebRTC?**

WebRTC stands for Web Real-Time Communication and is an open-source tool that allows two or more people to transmit audio or video calls via the Internet.

Since its release by Google in May 2011, WebRTC has become one of the go-to standards for live conferencing app development as it can be integrated into any browser without needing standalone app downloads. It's recognized by all major web browsers and enables peer-to-peer communication options for anyone with a stable internet connection.

*See e.g.* https://www.softermii.com/services/webrtc-development.

141. On information and belief, the Softermii System employs and provides a method comprising the recording on one or more servers of the Softermii System the audio and video material streamed over the Internet connection.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

> VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.

## What is WebRTC?

WebRTC stands for Web Real-Time Communication and is an open-source tool that allows two or more people to transmit audio or video calls via the Internet.

Since its release by Google in May 2011, WebRTC has become one of the go-to standards for live conferencing app development as it can be integrated into any browser without needing standalone app downloads. It's recognized by all major web browsers and enables peer-to-peer communication options for anyone with a stable internet connection.

*See e.g.* https://www.softermii.com/services/webrtc-development.

> The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.
>
> WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.
>
> In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

# We'll help you implement custom video conferencing software solution:



### Live Broadcasting Apps

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

---

**What features should be in online video conferencing software?**

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

**Find out more about our video streaming software development**

*See e.g.* https://www.softermii.com/solutions/vidrtc.

142.    On information and belief, Softermii directly infringes at least claim 1

of the '142 patent, and is in violation of 35 U.S.C. § 271(a) by using and providing

the Softermii Video Products and Services.

143.    Softermii's direct indirect infringement has damaged Onstream and

caused it to suffer and continue to suffer irreparable harm and damages.

**Count VII – Infringement of United States Patent No. 10,848,707**

144.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

145.    On information and belief, Softermii (or those acting on its behalf) makes, uses, sells and/or offers to sell the Softermii Video Products and Services in the United States.

146.    Softermii, as well as the Softermii System, infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '707 patent.

147.    On information and belief, Softermii employs and provides a method comprising receiving, at one or more host back end application servers of the Softermii System through at least a packet-based network connection, such as an Internet connection, streamed digital audio and digital video material being streamed from a computing device used by a user of one or more of the Softermii Video Products and Services.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.

WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.

In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.



*See e.g.,* https://www.softermii.com/services/webrtc-development.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

# We'll help you implement custom video conferencing software solution:



## Live Broadcasting Apps

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

> **What features should be in online video conferencing software?**

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

> # Find out more about our video streaming software development

*See e.g.* https://www.softermii.com/solutions/vidrtc.

> WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.
>
> The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.
>
> WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

## Secure connectivity

High level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate.

*See e.g.* https://www.softermii.com/services/webrtc-development.

148. On information and belief, Softermii employs and provides a method wherein the streamed digital audio and digital video material that is captured on a computing device used by a user of one or more of the Softermii Video Products and Services without requiring installation of recording software on the computing device used by a user of one or more of the Softermii Video Products and Services that is configured to record digital audio and digital video material as a complete file to a local storage memory.

Since its release by Google in May 2011, WebRTC has become one of the go-to standards for live conferencing app development as it can be integrated into any browser without needing standalone app downloads. It's recognized by all major web browsers and enables peer-to-peer communication options for anyone with a stable internet connection.

*See e.g.* https://www.softermii.com/services/webrtc-development.

  

**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.

**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

149.    On information and belief, Softermii employs and provides a method comprising remotely recording streamed digital audio and digital video material over at least the packet-based network connection at the one or more host back end application servers of the Softermii System as a sequentially stored file.



# VidRTC - ready to implement engine

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.



*See e.g.* https://www.softermii.com/portfolio/event10x.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

150.    On information and belief, Softermii employs and provides a method

comprising generating a pointer comprising a URL associated with the sequentially stored file to facilitate accessing of the sequentially stored file.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.

**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.



**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

# Bringing Offline Event Experience into Online

Hybrid and virtual events platform. Easy setup allows holding conferences, lectures, and webinars seamlessly. Available online from any device, any time, anywhere.

*See e.g.* https://www.softermii.com/portfolio/event10x.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

151. On information and belief, Softermii employs and provides a method comprising enabling additional digital material comprising (i) digital still image material, (ii) digital audio material, (iii) digital video material, (iv) digital video material and digital audio material, (v) digital still image material and digital video material, (vi) digital still image material and digital audio material, or (vii) digital still image material, digital audio material, and digital video material, to be associated with the sequentially stored file at the one or more host back end application servers of the Softermii System.



**Real Estate**

Host virtual open houses to show off your property online and integrate it with AR/VR technologies for a more personalized user experience.

Read more ›



**Banks & Insurance**

Close deals electronically, and communicate with your clients and employees in confidence with local security regulations.



**Events & Conferences**

Hold events online that can provide an offline-like experience by using custom software to create a virtual office with multiple rooms.



**Startups & Product Companies**

Stream video on your app to showcase your new company and its products.



**Healthcare**

Conduct appointments online and communicate with patients through telehealth platforms.



**Education**

Unlock the opportunity of online lectures or build your own online meeting software or online school like Coursera.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.



**Event Management**

Virtual booths and panel discussions.



**Healthcare**

Online appointments with EHR integration.



**Real Estate**

Virtual houses and video tours.



**Education**

Broadcasts, lectures, and online collaboration boards.



**Banks & Insurance**

Secure internal video calls, document exchange and messaging.



**Entertainment**

Video chats, streaming, and social networking.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

152.    On information and belief, Softermii employs and provides a method comprising providing remote user access to the sequentially stored file and the additional digital material in response to activation of the pointer comprising the URL.



**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.



**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.



**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

# Bringing Offline Event Experience into Online

Hybrid and virtual events platform. Easy setup allows holding conferences, lectures, and webinars seamlessly. Available online from any device, any time, anywhere.

*See e.g.* https://www.softermii.com/portfolio/event10x.

 **Real Estate**

Host virtual open houses to show off your property online and integrate it with AR/VR technologies for a more personalized user experience.

Read more >

 **Banks & Insurance**

Close deals electronically, and communicate with your clients and employees in confidence with local security regulations.

 **Events & Conferences**

Hold events online that can provide an offline-like experience by using custom software to create a virtual office with multiple rooms.

 **Startups & Product Companies**

Stream video on your app to showcase your new company and its products.

Read more >

 **Healthcare**

Conduct appointments online and communicate with patients through telehealth platforms.

Read more >

 **Education**

Unlock the opportunity of online lectures or build your own online meeting software or online school like Coursera.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

I was looking into your services and wanted some clarification on what streaming/recording capabilities are available through VidRTC and Event10x for a web application. Is there functionality that would allow me to share a link to a meeting or seminar that has already been streamed to one of my colleagues so they can watch it later?

VidRTC doesn't offer recording or sending links to recorded streams out of the box because our clients required recording functionality to work in a different way for each case according to their business requirements. This is what we did for Events10x - the project has both of the abovementioned features that were custom created by our team on top of VidRTC.

We can also further discuss its functionality and options for customization on a meeting with our team members. If that makes sense - feel free to pick up a time on our calendar at https://meetings.hubspot.com/max-lisovenko, or let me know if there are any other questions we'd have to address before we talk.

Best regards,
--

 **Pavel Melnichenko**
Partnerships Manager, Softermii

skype: p.melnychenko
tel.: +1 (424) 533-5520
email: pavel.m@softermii.com
web: https://www.softermii.com/

*See e.g.* Email communications with Softermii services and information representative.

153.    On information and belief, Softermii directly infringes at least claim 1 of the '707 patent and is in violation of 35 U.S.C. § 271(a) by using and providing

the Softermii Video Products and Services.

154.    Softermii's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

### Count VIII – Infringement of United States Patent No. 10,951,855

155.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

156.    On information and belief, Softermii (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Softermii Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Softermii System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '855 patent.

157.    On information and belief, one or more components of the Softermii System comprise a secure distributed digital audio and digital video recording system.



We ensured VidRTC to have the highest level of security.

All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.
We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.
All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc.



*See e.g.* https://vidrtc.com/.

158.    On information and belief, one or more components of the Softermii System comprise a secure distributed digital audio and digital video recording system comprising an application configured to operate on a mobile front end digital audio and digital video capturing device.

119

# We ensured VidRTC to have the highest level of security.

All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.

We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.

All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc.



*See e.g.,* https://www.softermii.com/services/webrtc-development.

- Video calls
- Poll voting
- Text messaging
- EMR integration
- Automated health assistant
- Speech-To-Text
- Exam monitoring
- Scalable Audio Mixing
- Conferences
- Streaming

*See e.g.* https://vidrtc.com/.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.

WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.

In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



**Online Appointments**

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

159.    On information and belief, one or more components of the Softermii System comprise a secure distributed digital audio and digital video recording system comprising a host back end application server system comprising one or more host back end application servers.

# We ensured VidRTC to have the highest level of security.

All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.
We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.
All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

> VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

*See e.g.* https://www.softermii.com/services/webrtc-development.



*See e.g.,* https://www.softermii.com/services/webrtc-development.

160.    On information and belief, one or more components of the Softermii System comprise a secure distributed digital audio and digital video recording system wherein in response to an interaction with a user, the host back end application server system delivers to the application, each time recording of digital audio and digital video material is sought to be initiated, a stream number that is associated with an account of the user.



*See e.g.* https://www.softermii.com/solutions/vidrtc.



*See e.g.* https://www.softermii.com/solutions/vidrtc.



**VidRTC - ready to implement engine**

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

**What is WebRTC?**

WebRTC stands for Web Real-Time Communication and is an open-source tool that allows two or more people to transmit audio or video calls via the Internet.

Since its release by Google in May 2011, WebRTC has become one of the go-to standards for live conferencing app development as it can be integrated into any browser without needing standalone app downloads. It's recognized by all major web browsers and enables peer-to-peer communication options for anyone with a stable internet connection.

*See e.g.* https://www.softermii.com/services/webrtc-development.

161.    On information and belief, one or more components of the Softermii System comprise a secure distributed digital audio and digital video recording system wherein the application is configured to use the stream number to initiate secure streaming of digital audio and digital video material to the host back end application server system.



*See e.g.* https://www.softermii.com/solutions/vidrtc.



*See e.g.* https://www.softermii.com/solutions/vidrtc.



VidRTC - ready to implement engine

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

## What is WebRTC?

WebRTC stands for Web Real-Time Communication and is an open-source tool that allows two or more people to transmit audio or video calls via the Internet.

Since its release by Google in May 2011, WebRTC has become one of the go-to standards for live conferencing app development as it can be integrated into any browser without needing standalone app downloads. It's recognized by all major web browsers and enables peer-to-peer communication options for anyone with a stable internet connection.

*See e.g.* https://www.softermii.com/services/webrtc-development.

162.    On information and belief, one or more components of the Softermii System comprise a secure distributed digital audio and digital video recording system wherein the digital audio and digital video material is not stored as a complete file on the mobile front end digital audio and digital video capturing device prior to initiation of the secure streaming of the digital audio and digital

video material to the host back end application server system.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

## What is WebRTC?

WebRTC stands for Web Real-Time Communication and is an open-source tool that allows two or more people to transmit audio or video calls via the Internet.

Since its release by Google in May 2011, WebRTC has become one of the go-to standards for live conferencing app development as it can be integrated into any browser without needing standalone app downloads. It's recognized by all major web browsers and enables peer-to-peer communication options for anyone with a stable internet connection.

*See e.g.* https://www.softermii.com/services/webrtc-development.

163.    On information and belief, one or more components of the Softermii System comprise a secure distributed digital audio and digital video recording system wherein the application is configured to use a secure real time messaging protocol to securely stream the digital audio and digital video material from the

mobile front end digital audio and digital video capturing device over at least a packet-based network connection (e.g., the Internet), to the host back end application server system, as the digital audio and digital video material is being captured by the mobile front end digital audio and digital video capturing device.

VidRTC is a customizable engine that is used for internal and external business communications. It can support basic features such as video calls, calendars, scheduling, and text messaging.

*See e.g.* https://vidrtc.com/.



**Live Broadcasting Apps**

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.



**Live Video Conferencing**

Manage webinars, conferences, and business meetings with custom video conferencing solutions that can be adapted to your needs.



**Appointment Systems**

Conduct one-on-one video calls with custom interface integrations. Connect your appointments to an existing database and protect your information from a data breach.



**Messaging**

Communicate with custom online messaging solutions between your employees, agents, and clients. Enjoy the benefits of confidentiality with security features that are compliant with local regulations.



**Event-management systems**

Create multiple rooms and manage them simultaneously. Allow your visitors to leave general streams in your video conferencing software and switch into private chats or video calls.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

164.    On information and belief, one or more components of the Softermii System comprise a secure distributed digital audio and digital video recording system wherein the application is capable of securely streaming the digital audio and digital video material without requiring local installation and concurrent execution on the mobile front end digital audio and digital video capturing device of an additional custom recording software application that is configured to record digital audio and digital video material as a complete file to a local storage memory.



See e.g. https://www.softermii.com/services/webrtc-development.



See e.g. https://www.softermii.com/solutions/vidrtc.

165.    On information and belief, one or more components of the Softermii

System comprise a secure distributed digital audio and digital video recording system wherein at least one host back end application server records the digital audio and digital video material securely streamed from the mobile front end digital audio and digital video capturing device.



**VidRTC - ready to implement engine**

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

VidRTC offers several connectivity methods for groups of different sizes – a small group with a maximum of four users will be linked together with a peer-to-peer connection. At the same time, larger groups with a minimum of five users will be connected with a media server. VidRTC allows hosting more than 1000 calls with one media server and up to 200 users in one room, and over 25 000 viewers can join the broadcast.

**What is WebRTC?**

WebRTC stands for Web Real-Time Communication and is an open-source tool that allows two or more people to transmit audio or video calls via the Internet.

Since its release by Google in May 2011, WebRTC has become one of the go-to standards for live conferencing app development as it can be integrated into any browser without needing standalone app downloads. It's recognized by all major web browsers and enables peer-to-peer communication options for anyone with a stable internet connection.

*See e.g.* https://www.softermii.com/services/webrtc-development.

166.    On information and belief, Softermii directly infringes at least claim 1

of the '855 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the Softermii Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Softermii System.

167.    Softermii's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

### Count IX – Infringement of United States Patent No. 11,128,833

168.    Onstream repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

169.    On information and belief, Softermii (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the Softermii Video Products and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the Softermii System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '833 patent.

170.    On information and belief, one or more components of the Softermii System employs and provides a method for network-based recording and delivery of digital audio and digital video material.



*See e.g.* https://www.softermii.com/solutions/video-conferencing.

The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.

WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.

In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.

# Key industries for which we provide web application development services

## Audio & Video Conferencing

An application with multiple rooms designed for secure audio and video chats you will receive as part of the custom web development services.



## Broadcasting

An application that allows streaming and broadcasting for large audiences.



## Online Appointments

Schedule and visit a doctor online by using video chats. Custom web application development services allow you to successfully create projects based on online assignments.

*See e.g.* https://www.softermii.com/services/web.

# We'll help you implement custom video conferencing software solution:



### Live Broadcasting Apps

Videos can be recorded and broadcasted at the same time. This can be used for client communication, lectures, product demonstration, medical screening, and more.

**What features should be in online video conferencing software?**

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

**Find out more about our video streaming software development**

*See e.g.* https://www.softermii.com/solutions/vidrtc.

WebRTC (Web Real-Time Communication) is a streaming video and audio API protocol. It allows secure peer-to-peer data transmission between two browsers or applications.

The technology itself is easy to deploy as it does not require server infrastructure or any additional plugins to be deployed.

WebRTC transfers SDP packages containing caller information and connection details (audio, video, file sharing). With STUN/TURN or signaling servers, the protocol determines the network connection status and sets up the call.

**Secure connectivity**

High level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate.

*See e.g.* https://www.softermii.com/services/webrtc-development.

171.    On information and belief, one or more components of the Softermii System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising recording, over a packet-based network connection, (e.g., the Internet) at a host back end, digital audio and digital video material that originates from a user front end without using any recording software installed on the user front end.



**What is WebRTC?**

WebRTC stands for Web Real-Time Communication and is an open-source tool that allows two or more people to transmit audio or video calls via the Internet.

Since its release by Google in May 2011, WebRTC has become one of the go-to standards for live conferencing app development as it can be integrated into any browser without needing standalone app downloads. It's recognized by all major web browsers and enables peer-to-peer communication options for anyone with a stable internet connection.

*See e.g.* https://www.softermii.com/services/webrtc-development.

172.    On information and belief, one or more components of the Softermii System employs and provides a method for network-based recording and delivery

of digital audio and digital video material wherein the recording is accomplished using only executable code delivered to the user front end from the host back end and a recording device on the user front end.



**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

## What is WebRTC?

WebRTC stands for Web Real-Time Communication and is an open-source tool that allows two or more people to transmit audio or video calls via the Internet.

Since its release by Google in May 2011, WebRTC has become one of the go-to standards for live conferencing app development as it can be integrated into any browser without needing standalone app downloads. It's recognized by all major web browsers and enables peer-to-peer communication options for anyone with a stable internet connection.

## Is WebRTC a reliable technology?

WebRTC offers a high level of security: all connections are protected and encrypted according to DTLS and SRTP protocols. At the same time, WebRTC works only over the HTTPS protocol, and any app or site using the technology has to receive a certificate. WebRTC uses the Secure RTP protocol (SRPT), which allows voice and video authentication and encryption. It means that the communication can't be eavesdropped on or recorded even when open Wi-Fi networks are used. Rest assured that your data and projects are handled securely.

*See e.g.* https://www.softermii.com/services/webrtc-development.

> The quality can reach up to 1080p and all broadcasts are supported by all modern browsers and recording equipment.
>
> WebRTC contains key features for developing video chat and conferencing software solutions. It uses end-to-end encryption with a 256-bit key for data transmission.
>
> In addition, it supports video calls, screen sharing, and the ability to send and receive files. It was also the inspiration for VidRTC, and like WebRTC, we secure sub-second latency for video transmissions.

*See e.g.* https://vidrtc.com/.

173.    On information and belief, one or more components of the Softermii System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising storing the recorded digital audio and digital video material at the host back end.

 **WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.

 **Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

 **VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

> # The VidRTC engine offers several connectivity methods for groups of different sizes.
>
> A small group with a maximum of four users will be linked together with peer-to-peer connection — while larger groups with a minimum of five users will be connected with a media server. The more people that you need in your conference, the more media servers that you will need.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

> # We ensured VidRTC to have the highest level of security.
>
> All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.
> We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.
> All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc



# VidRTC - ready to implement engine

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

174.    On information and belief, one or more components of the Softermii System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising generating code associated with the stored digital audio and digital video material to facilitate accessing the stored digital audio and digital video material.

   

**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.

**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

# The VidRTC engine offers several connectivity methods for groups of different sizes.

A small group with a maximum of four users will be linked together with peer-to-peer connection — while larger groups with a minimum of five users will be connected with a media server. The more people that you need in your conference, the more media servers that you will need.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

# We ensured VidRTC to have the highest level of security.

All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.

We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.

All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc



**VidRTC - ready to implement engine**

Vidrtc is a scalable online conferencing engine that can host video calls. It makes it easy to plan and manage virtual rooms that can support over 1,000 people with media servers.

*See e.g.* https://www.softermii.com/solutions/video-conferencing.

**Bringing Offline Event Experience into Online**

Hybrid and virtual events platform. Easy setup allows holding conferences, lectures, and webinars seamlessly. Available online from any device, any time, anywhere.

*See e.g.* https://www.softermii.com/portfolio/event10x.

175.    On information and belief, one or more components of the Softermii System employs and provides a method for network-based recording and delivery of digital audio and digital video material comprising enabling the generated code to be activated at an additional location.

I was looking into your services and wanted some clarification on what streaming/recording capabilities are available through VidRTC and Event10x for a web application. Is there functionality that would allow me to share a link to a meeting or seminar that has already been streamed to one of my colleagues so they can watch it later?

VidRTC doesn't offer recording or sending links to recorded streams out of the box because our clients required recording functionality to work in a different way for each case according to their business requirements. This is what we did for Events10x - the project has both of the abovementioned features that were custom created by our team on top of VidRTC.

We can also further discuss its functionality and options for customization on a meeting with our team members. If that makes sense - feel free to pick up a time on our calendar at https://meetings.hubspot.com/max-lisovenko, or let me know if there are any other questions we'd have to address before we talk.

Best regards,
--



**Pavel Melnichenko**
Partnerships Manager, Softermii

skype: p.melnychenko
tel.: +1 (424) 533-5520
email: pavel.m@softermii.com
web: https://www.softermii.com/

*See e.g.* Email communications with Softermii services and information

representative.

    

**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.

**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

> # The VidRTC engine offers several connectivity methods for groups of different sizes.
>
> A small group with a maximum of four users will be linked together with peer-to-peer connection — while larger groups with a minimum of five users will be connected with a media server. The more people that you need in your conference, the more media servers that you will need.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

> # We ensured VidRTC to have the highest level of security.
>
> All connections will be protected and encrypted according to DTLS and SRTP protocols. Furthermore, WebRTC only works over an HTTPS protocol and all sites that will use our technology must be signed with a certificate.
> We will also provide solutions with OAUTH 2.0 - the authentication standard that is used by Facebook and Google.
> All links generated through VidRTC are only valid for 24 hours and all user data will not be stored.

*See e.g.* https://www.softermii.com/solutions/vidrtc

176.    On information and belief, one or more components of the Softermii System employs and provides a method for network-based recording and delivery of digital audio and digital video material wherein activating the generated code provides access to the stored digital audio and digital video material.

I was looking into your services and wanted some clarification on what streaming/recording capabilities are available through VidRTC and Event10x for a web application. Is there functionality that would allow me to share a link to a meeting or seminar that has already been streamed to one of my colleagues so they can watch it later?

VidRTC doesn't offer recording or sending links to recorded streams out of the box because our clients required recording functionality to work in a different way for each case according to their business requirements. This is what we did for Events10x - the project has both of the abovementioned features that were custom created by our team on top of VidRTC.

We can also further discuss its functionality and options for customization on a meeting with our team members. If that makes sense - feel free to pick up a time on our calendar at https://meetings.hubspot.com/max-lisovenko, or let me know if there are any other questions we'd have to address before we talk.

Best regards,
--



**Pavel Melnichenko**
Partnerships Manager, Softermii

skype: p.melnychenko
tel.: +1 (424) 533-5520
email: pavel.m@softermii.com
web: https://www.softermii.com/

*See e.g.* Email communications with Softermii services and information

representative.

                                    

**WebRTC-Based Engine**

WebRTC transfers and streams audio, video, and content between browsers in real-time.

**Broadcast from any source**

VidRTC works on mobile and web. Connect a data source, like camera and microphone, and start broadcasting.

**VOD Streaming**

Allow users to get the videos on demand. Secure high loads of users with the use of additional servers.

*See e.g.* https://www.softermii.com/solutions/vidrtc.

*See e.g.* https://www.softermii.com/portfolio/event10x.

177.    On information and belief, Softermii directly infringes at least claim 1 of the '833 patent, and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the Softermii Video Products and services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the Softermii System.

178.    Softermii's direct infringement has damaged Onstream and caused it to suffer and continue to suffer irreparable harm and damages.

## JURY DEMANDED

179.    Pursuant to Federal Rule of Civil Procedure 38(b), Onstream hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Onstream respectfully requests this Court to enter judgment in Onstream's favor and against Softermii as follows:

a.  finding that Softermii has infringed one or more claims of the '068 patent under 35 U.S.C. §§ 271(a);

b.  finding that Softermii has infringed one or more claims of the '728 patent under 35 U.S.C. §§ 271(a);

c.  finding that Softermii has infringed one or more claims of the '930 patent under 35 U.S.C. §§ 271(a);

d.  finding that Softermii has infringed one or more claims of the '648 patent under 35 U.S.C. §§ 271(a);

e.  finding that Softermii has infringed one or more claims of the '109 patent under 35 U.S.C. §§ 271(a);

f.  finding that Softermii has infringed one or more claims of the '142 patent under 35 U.S.C. §§ 271(a);

g.  finding that Softermii has infringed one or more claims of the '707 patent under 35 U.S.C. §§ 271(a);

h.  finding that Softermii has infringed one or more claims of the '855 patent under 35 U.S.C. §§ 271(a);

i.  finding that Softermii has infringed one or more claims of the '833 patent under 35 U.S.C. §§ 271(a);

j.  awarding Onstream damages under 35 U.S.C. § 284, or otherwise permitted by law, including supplemental damages for any continued post-verdict

infringement;

k.  awarding Onstream pre-judgment and post-judgment interest on the damages

award and costs;

l.  awarding cost of this action (including all disbursements) and attorney fees

pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

m. awarding such other costs and further relief that the Court determines to be just

and equitable.


Dated: May 19, 2023                 Respectfully submitted,

                                    /s/ Zachary H. Ellis
                                    Zachary H. Ellis (State Bar No. 24122606)*
                                    Ronald M. Daignault (*pro hac vice* to be filed)*
                                    Chandran B. Iyer (*pro hac vice* to be filed)
                                    Oded Burger (*pro hac vice* to be filed)*
                                    zellis@daignaultiyer.com
                                    rdaignault@daignaultiyer.com
                                    cbiyer@daignaultiyer.com
                                    oburger@daignaultiyer.com
                                    DAIGNAULT IYER LLP
                                    8618 Westwood Center Drive - Suite
                                    150 Vienna, VA 22182
                                    *Not admitted to practice in Virginia*

                                    Attorneys for *Onstream Media Corporation*